IN THE SUPREME COURT OF TEXAS

 No. 03-1178

 IN RE UNION CARBIDE CORPORATION

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's renewed motion to stay, filed March 31, 2004, is
granted. All underlying proceedings, in Cause No. 19785-BH02, styled
Kelly-Moore Paint Company, Inc. v. Dow Chemical Company, Et Al., in the
23rd District Court of Brazoria County, Texas, are stayed pending further
order of this Court.

 Done at the City of Austin, this June 18, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk